**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| B.U.E.E., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1088-CDL-CHW<br>28 U.S.C. § 2241 |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER TO SUPPLEMENT AND TO SHOW CAUSE**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on August 10, 2026.[1] (ECF No. 1). Respondent moved to dismiss the application on September 21, 2026. (ECF No. 12). Petitioner filed a change of address with the Court and a letter explaining that he has been released, but he still asks for his application to be decided. (ECF Nos. 14, 15).

Based upon the information provided by Petitioner, Respondent is **ORDERED** to supplement his motion to dismiss to provide proof of Petitioner's release and any other information that may be germane to adjudicating Petitioner's habeas application. This supplemental information is due by November 10, 2026.

Petitioner shall file any response to the supplemented motion to dismiss and **SHOW CAUSE** why his application for habeas relief should not be dismissed as moot based upon his release from Respondent's custody by November 17, 2026.

**SO ORDERED**, this 27th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

[1] Petitioner had three similar cases consolidated into this case number. *See* (ECF No. 3).